# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

139027

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LOUIS GEORGE LAROSE, IV,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139027
COA: 282219
Oakland CC: 2007-214779-FC

On order of the Court, the application for leave to appeal the April 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

0831

_____
Clerk